# AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:23-CV-21424-BB

Plaintiff: **WINDY LUCIUS,**
vs.
Defendant: **PINECREST BAKERY, LLC,
d/b/a Pinecrest Bakery,**


FIS2023003238

For:
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
10873 Sw 59th Court
Pinecrest, FL 33156

Received by Professional Process Servers on the 17th day of April, 2023 at 9:00 am to be served on **PINECREST BAKERY, LLC D/B/A  PINECREST BAKERY BY SERVING REGISTERED AGENT RAVAN & COMPANY LLLP, 8360 WEST FLAGLER STREET, STE. 200, MIAMI, FL 33144** .

I, Lourdes Vasallo, being duly sworn, depose and say that on the **28th day of April, 2023** at **1:30 pm, I:**

**Served** a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **NADIA HERNANDEZ** as **MGR** for **PINECREST BAKERY, LLC** at the address of: **12101 South Dixie Hwy, Miami, FL 33176**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Attempted on 4/19/23 @ 12:00 pm at the given address: 8360 West Flagler Street, Ste. 200, Miami, FL 33144 - Subject moved out 1 year ago. Risen Clinic is at this location.

Served at 2nd address: 12101 S. Dixie Hwy., Miami, FL 33176.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: HISPANIC, Height: 5'4, Weight: 150, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Eleventh Judicial Circuit of Florida, in which the process was served.  Signed in the State of Florida.  "Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." FS 92.525. Notary not required.

_____
**Lourdes Vasallo**
CPS#1157

Subscribed and Sworn to before me on the 1st day of May, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

TERRI A. MCCLURE
Notary Public State of Florida
Commission #GG 986869
My Commission Expires
June 13, 2024

**Professional Process Servers
800 W. Cypress Creek Rd
Suite 390
Fort Lauderdale, FL 33309
(954) 566-2523**

Our Job Serial Number: FIS-2023003238

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

```
DELIVERED  04/28/2023 01:30 PM
SERVER     LV
LICENSE    CPS#1157
```

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WINDY LUCIUS,<br><br>*Plaintiff(s)*<br>v.<br><br>PINECREST BAKERY, LLC,<br>d/b/a Pinecrest Bakery<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-21424-BB<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PINECREST BAKERY, LLC, d/b/a Pinecrest Bakery
By Serving Registered Agent
RAVAN & COMPANY LLLP
8360 WEST FLAGLER STREET - STE. 200
MIAMI, FL 33144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 17, 2023



Angela E. Noble
Clerk of Court

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts